IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JEFFERY MICHAEL WINEBERG, | § | CIVIL ACTION NO. 4:25-CV-1087 |
| VS. | § | |
| DIRECTOR, TDCJ-CID | § | |

### ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Jeffrey Michael Winebery, an inmate currently confined at the Michael Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed a motion for default judgment [Dkt. 16] and a motion for summary judgment [Dkt. 21], arguing that his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Dkt. 3] should be granted.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends denying the motion for default judgment and the motion for summary judgment [Dkt. 29].

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is ADOPTED. The motion for default judgment [Dkt. 16] and the motion for summary judgment [Dkt. 21] are DENIED.

**SIGNED this 10th day of April, 2026.**

Michael J. Truncale
United States District Judge